846

In the Matter of CATHERINE J. SHAFER, Respondent-Appellant, v. RONALD SHAFER, Appellant-Respondent.

Christ, P. J., Latham, Kleinfeld, Brennan and Benjamin, JJ., concur.

In the Matter of MARTIN SUGARMAN v. NEW YORK AIRWAYS, INC. WERNER & MANDELL, Appellants; SARISOHN, THIERMAN & SARISOHN, Respondents.—

Christ, P. J., Latham, Kleinfeld, Brennan and Benjamin, JJ., concur.

In the Matter of FRANK J. VIGNULI, Petitioner, v. STATE LIQUOR AUTHORITY, Respondent.—

Rabin, Acting P. J., Hopkins, Martuscello, Brennan and Benjamin, JJ., concur.